# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its Capacity as Liquidating Agent for ENSIGN FEDERAL CREDIT UNION,

    Plaintiff,

v.

NORTH STAR BUSINESS SERVICES, LLC, *et al*.,

    Defendants.

Case No. 2:10-CV-01960-KJD-GWF

**ORDER**

Presently before the Court are the Verified Petition for Permission to Practice Pro Hac Vice (#30), Plaintiff's Motion to Strike Defendants' Answer and Motion for Entry of Clerk's Default (#32/33). Counsel Heather Boone McKeever is ordered to file a Verified Petition in compliance with the Court's Order (#31) within fourteen (14) days, or Defendants Northstar Business Services, LLC and Mark Moody are to associate new counsel within fourteen (14) days. Failure to comply with this order will result in the named defendant's Answer being struck and default being entered against them. It is further ordered that the Clerk of the Court mail a copy of this order to Defendant Mark Moody at 5536 S. Fort Apache Road, Las Vegas, NV 89148.

**IT IS SO ORDERED**.

    DATED this 25th day of October 2011.

_____
Kent J. Dawson
United States District Judge