1
2
3
4
# UNITED STATES DISTRICT COURT
5
# DISTRICT OF NEVADA
6
7   NATIONAL CREDIT UNION
    ADMINISTRATION BOARD,
8                                           Case No. 2:10-CV-01960-KJD-GWF
              Plaintiff,
9                                           **ORDER**
    v.
10
    NORTH STAR BUSINESS SERVICES,
11  LLC, *et al*.,
12            Defendants.
13
14        Presently before the Court is Plaintiff's Motion for Default Judgment (#43).  The affidavits

15  submitted in support of the damages and attorney's fees were conclusory and did not contain

16  supporting documentation.  Therefore, the Court orders Plaintiff to provide supporting affidavits and

17  admissible evidence underlying the amount sought for damages.  Furthermore, Plaintiff's evidence in

18  support of the amount of attorney's fees should be in a format that would comply with Local Rule

19  54-16.  The supporting affidavits and documentation shall be provided within fourteen (14) days of

20  the entry of this order.

21  **IT IS SO ORDERED.**

22        DATED this 20th day of September 2012.

23
24
25                                          _____
                                            Kent J. Dawson
26                                          United States District Judge