Mark A. Hutchison (4639)
Cynthia G. Milanowski (5652)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:   (702) 385-2086
MHutchison@hutchlegal.com
CMilanowski@hutchlegal.com

*Attorneys for Plaintiff, National Credit Union*
*Administration Board, in its Capacity as Liquidating*
*Agent of Ensign Federal Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its Capacity as Liquidating Agent of ENSIGN FEDERAL CREDIT UNION,<br><br>   Plaintiff,<br><br>v.<br><br>NORTH STAR BUSINESS SERVICES, LLC, a Nevada Limited Liability Company; MARK B. MOODY, an individual; DAVID L. OSBURN, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive;<br><br>   Defendants. | Case No.: 2:10-cv-01960-KJD-GWF<br><br>**DEFAULT JUDGMENT** |

   This matter came before the Court on Plaintiff National Credit Union Administration Board's, in its Capacity as Liquidating Agent of Ensign Federal Credit Union ("Plaintiff" or the "Liquidating Agent") Motion for Default Judgment against Mark B. Moody and North Star Business Services, LLC (Docket 43, hereinafter "Motion"). Defendants failed to appear and defend in this lawsuit.

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment be entered against Defendants Mark B. Moody and North Star Business Services, LLC jointly and severally as follows:

1. In the principal amount of $45,910.51;

2. Additional interest accruing at the legal rate on the outstanding balance until paid in full;

3. Defendants Mark B. Moody and North Star Business Services, LLC shall return to Plaintiff's counsel within ten (10) days of the date of this Order copies of all documents and files int their possession, custody or control relating to or in any way regarding this matter or Ensign Federal Credit Union;

4. Fair and reasonable litigation costs in the amount to be set forth by Plaintiff in its Bill of Costs to be filed upon entry of Default Judgment in this matter; and

5. Reasonable attorneys fees in the amount of $44,217.50 incurred between March 2010 and September 2012, and anticipated future attorneys fees in the amount of $1,250.00.

DATED this 9th day of October, 2012.

_____
KENT J. DAWSON
United States District Judge

Submitted by:

9-12-12

Mark A. Hutchison (4639)
Cynthia G. Milanowski (5652)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Plaintiff, National Credit Union Administration Board, in its Capacity as Liquidating Agent of Ensign Federal Credit Union*