Joseph S. Kistler (3458)
Cynthia G. Milanowski (5652)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:  (702) 385-2086
JKistler@hutchlegal.com
CMilanowski@hutchlegal.com

*Attorneys for Plaintiff, National Credit Union Administration Board, in its Capacity as Liquidating Agent of Ensign Federal Credit Union*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its Capacity as Liquidating Agent of ENSIGN FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>NORTH STAR BUSINESS SERVICES, LLC, a Nevada Limited Liability Company; MARK B. MOODY, an individual; DAVID L. OSBURN, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | Case No.: 2:10-cv-01960-KJD-GWF<br><br>**JUDGMENT** |

This matter came before the Court on Plaintiff National Credit Union Administration Board's, in its Capacity as Liquidating Agent of Ensign Federal Credit Union ("Plaintiff" or the "Liquidating Agent") and Defendant David L. Osburn's ("Defendant") NOTICE OF CONFESSION OF JUDGMENT AND ORDER THAT JUDGMENT BE ENTERED AND PROPOSED ORDER.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment be entered against Defendant Osburn and in favor of Plaintiff National Credit Union Administration

1  Board, in its capacity as Liquidating Agent of Ensign Federal Credit Union in the amount of
2  Ten Thousand Dollars and No cents ($10,000.00), inclusive of court costs and attorney's fees.
3      IT IS SO ORDERED.
4      DATED this 11th day of April, 2013.

_____
United States District Judge

Submitted by:

_____
Joseph S. Kistler (3458)
Cynthia G. Milanowski (5652)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Plaintiff, National Credit Union*
*Administration Board, in its Capacity as Liquidating*
*Agent of Ensign Federal Credit Union*